IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT STAYER,

    Petitioner,                  No. 2:11-cv-01170 KJN P

    vs.

A. HEDGEPETH, Warden,

    Respondent.           <u>ORDER</u>

                            /

        Petitioner has timely responded to the court's order to show cause filed August 15, 2011, and demonstrated good cause for his failure to timely respond to defendants' pending motion to dismiss. Accordingly, IT IS HEREBY ORDERED that:

        1. The order to show cause filed August 15, 2011 (Dkt. No. 14) is discharged; and

        2. Petitioner shall file and serve his opposition or statement of nonopposition to defendants' pending motion to dismiss filed June 9, 2011 (Dkt. No. 13), within 45 days after service of this order.

////

////

////

1

1       SO ORDERED.

2 DATED: September 15, 2011

3

4                                         _____
                                        KENDALL J. NEWMAN

5                                         UNITED STATES MAGISTRATE JUDGE

6 stay1170.disch.osc